```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    20 CR 046 (PAE)
    -against-                       :    ORDER
                                    :
BENJAMIN GARCIA,                    :
                                    :
        Defendant.                  :
                                    :
------------------------------------X
```

HONORABLE PAUL A. ENGELMAYER, United States District Judge:

It is hereby ORDERED that the Defendant's conditions of supervised release be modified as follows:

The Defendant shall submit his person, and any property, residence, vehicle, papers, computer, other electronic communication, data storage devices, cloud storage or media, and effects to a search by any United States Probation Officer, and if needed, with the assistance of any law enforcement officer. The search is to be conducted when there is reasonable suspicion concerning violation of a condition of supervision or unlawful conduct by the Defendant. Failure to submit to a search may be grounds for revocation of release. The Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search shall be conducted at a reasonable time and in a reasonable manner.

    The Clerk of Court is requested to terminate the motion at Dkt. No. 5.

Dated: January 4, 2022

SO ORDERED:

_____
PAUL A. ENGELMAYER
United States District Judge